# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA



FILED
SEP 2 7 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

_Earl M. Hoover_
(Enter above the full name of the plaintiff or plaintiffs in this action).

_3058933_
(Inmate Reg. # of each Plaintiff)

**VERSUS**

CIVIL ACTION NO. _2:18cv-1328_
(Number to be assigned by Court)

_South Central Reg. Jail_

(Enter above the full name of the defendant or defendants in this action)

## COMPLAINT

**I. Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes _____     No _✓_

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

    Plaintiffs: _____

    _____

    _____

    Defendants: _____

    _____

    _____

2. Court (if federal court, name the district; if state court, name the county);

    _____

    _____

3. Docket Number: _____

4. Name of judge to whom case was assigned:

    _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

    _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. **Place of Present Confinement:** South Central Jail

   A. Is there a prisoner grievance procedure in this institution?

   Yes ✓   No ___

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ✓   No ___

   C. If you answer is YES:

   1. What steps did you take? I put it in on the kiows / Talked in person to officers

   2. What was the result? Never heard back

   D. If your answer is NO, explain why not: _____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff: Earl M. Hoar III

   Address: 5 Don Lane ~~New York~~ White Plains New York 10607

   B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: _South Central Regional Jail_

   is employed as: _____

   at _____

D. Additional defendants: _____

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_There Are people who work in the kitchen with "Hep. A, B, C." that work in & handle our food daily... There have Been several out Breaks of Hep. hcv At the jail & No Cleaning Supplys Are put into Sections for to Be Cleand Also if & when A fight happens with_

IV. **Statement of Claim (continued):**

Bleeding there will not be A clean up of Blood with cleaner or Bleach; That is A Bio-haz-mat ...

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

"Justice"

Pain & Suffering

what if I can't work anymore I have children ...

5

V. **Relief (continued)):**

_____
_____
_____
_____
_____

VII. **Counsel**

    A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____   No ✓

If so, state the name(s) and address(es) of each lawyer contacted:

_____
_____

If not, state your reasons: _____

_____

    C. Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____   No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this __8__ day of __16__, 20__18__.

_____
Signature of Plaintiff or Plaintiffs *(Earl M. Hoover III)*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8/16/18__.
(Date)

_____
Signature of Movant/Plaintiff *(Earl M. Hoover III)*

_____
Signature of Attorney
(if any)